IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LEE CHARLES MILLSAP, JR.                                    PETITIONER
ADC #113121

V.                     NO. 5:12cv00401 JMM/JTR

RAY HOBBS, Director,                                        RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED, WITHOUT PREJUDICE.

DATED this 5th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE